IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16CV793-GCM

| | |
|---|---|
| JOHNATHIN ERIN GLENN MCGINNIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| NEWELL RUBBERMAID INC. and ) WAL-MART STORES, INC., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court upon its own motion. A discovery conference was held in this matter on March 22, 2017. Pursuant to discussions at the conference, the Court directs the *pro se* Plaintiff to answer all discovery requests previously served upon Plaintiff by the Defendants within thirty (30) days from today. In addition, prior to the expiration of the thirty day period, the Plaintiff is directed to confer with counsel for the Defendants and agree upon when and where Plaintiff shall deliver the subject stroller to counsel for the Defendant or his designee for testing.

IT IS SO ORDERED.

Signed: March 22, 2017

Graham C. Mullen
United States District Judge