# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| JOHNATHIN ERIN GLENN MCGINNIS | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CIVIL ACTION<br>)<br>) FILE NO. 3:16-CV-793-GCM |
| NEWELL BRANDS INC. f/k/a NEWELL RUBBERMAID INC. & WAL-MART STORES INC. | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

## ORDER GRANTING DEFENDANTS' OMNIBUS MOTION TO STAY CERTAIN DEADLINES

This matter came before the Court on the filing of the Defendants' Omnibus Motion to Stay Certain Deadlines. This Court, having considered the Motion, and for good cause shown, hereby GRANTS the Motion. IT IS HEREBY ORDERED that certain deadlines specifically addressed below shall be stayed pending this Court's ruling on Defendants' Motion for Summary Judgment. The following deadlines shall be stayed:

A. Defendants' deadline to file contempt proceedings against Plaintiff for his violation of this Court's order of March 22, 2017;

B. Defendants' deadline to move to compel discovery from Plaintiff;

C. Defendants' deadline to complete the previously-set depositions of Plaintiff and his parents (and possibly others, if/when Plaintiff meets his discovery obligations);

D. Defendants' June 2, 2017 deadline to file additional Motions; and,

E. This Court's June 16, 2017 deadline to mediate the case.

Only the deadlines specifically addressed in this Order shall be stayed. All other deadlines, both past and future, shall remain in full force and effect.

Signed: May 9, 2017

Graham C. Mullen
United States District Judge