# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Johnathin Erin Glenn McGinnis, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00793-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Newell Rubbermaid Inc. | ) | |
| Wal-Mart Stores, Inc., | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 1, 2017 Order.

July 17, 2017

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court